Cyrus Safa
Attorney at Law: 282971
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel: (562)437-7006
Fax: (562)432-2935
E-Mail: rohlfing.office@rohlfinglaw.com
Attorneys for Plaintiff
KEVIN ROBERT GUITH

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN ROBERT GUITH | Case No.: 1:16-cv-00625-GSA |
| Plaintiff, | STIPULATION TO EXTEND TIME TO FILE PLAINTIFF'S OPENING BRIEF |
| v. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security. | (FIRST REQUEST) |
| Defendant. | |

Plaintiff Kevin Robert Guith and Defendant Carolyn W. Colvin, Acting Commissioner of Social Security, through their undersigned attorneys, stipulate, subject to this court's approval, to extend the time by 14 days from December 28, 2016 to January 11, 2017 for Plaintiff to file its Opening Brief, with all other dates in the Court's Order Concerning Review Of Social Security Cases extended accordingly.  Specifically, Defendant's response shall be due on or before February 10, 2017.  Plaintiff's reply shall be due on or before February 25, 2017. This is

Plaintiff's first request for an extension. This request is made at the request of Plaintiff's counsel to allow additional time to fully research the issues presented.

DATE: December 27, 2016     Respectfully submitted,

LAWRENCE D. ROHLFING

/s/ *Cyrus Safa*

BY: _____
Cyrus Safa
Attorney for plaintiff Mr. Kevin Robert Guith


DATE:  December 27, 2016

PHILLIP A.TALBERT
*United States Attorney*

/s/ *Jennifer A. Kenney*

BY:_____
Jennifer A. Kenney
Special Assistant United States Attorney
Attorneys for defendant Carolyn W. Colvin
|*authorized by e-mail|

## ORDER

Pursuant to the above stipulation, Plaintiff shall file his Opening brief no later than **January 11, 2017**. Defendant shall file its Opposition no later than **February 10, 2017**.  Any Reply shall be filed no later than **February 25, 2017**.

IT IS SO ORDERED.

Dated:   **December 29, 2016**            **/s/ Gary S. Austin**
                                           UNITED STATES MAGISTRATE JUDGE