# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
## FRESNO DIVISION

| | |
|---|---|
| KEVIN GUITH, | ) Case No.: 1:16-CV-00625-GSA |
| Plaintiff, | ) |
| | ) STIPULATION AND ORDER FOR A FIRST |
| | ) EXTENSION OF 30 DAYS FOR |
| vs. | ) DEFENDANT TO FILE HER OPPOSITION |
| | ) TO PLAINTIFF'S OPENING BRIEF |
| NANCY A. BERRYHILL[1], | ) |
| Acting Commissioner of Social Security, | ) |
| Defendant. | ) |

IT IS HEREBY STIPULATED, by the parties, through their respective counsel of record, that Defendant shall have an extension of time of 30 days to file her Opposition to Plaintiff's Opening Brief. The parties previously stipulated to a two-week extension for Plaintiff to file his Opening Brief. This is Defendant's first request for extension. The additional time is requested due to Defendant's counsel's exceptionally heavy workload at this time, including two employment law matters in active litigation, one pending before the pending Equal Employment Opportunity Commission, and one before the Merit Systems Protection Board. In addition, Defendant's counsel has two additional district court filing deadlines due on Monday, February 13, 2017. The additional time requested is needed to adequately research the issues Plaintiff has presented. The current due date is February 10, 2017. The new due date will be March 12, 2017.

---

[1] Nancy A. Berryhill is now the Acting Commissioner of Social Security. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Nancy A. Berryhill should be substituted for Acting Commissioner Carolyn W. Colvin as the defendant in this suit. No further action needs to be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

                                                Respectfully submitted,

Dated: February 10, 2017        /s/ *Cyrus Safa
                                        (*as authorized by email on Feb. 10, 2017)
                                        CYRUS SAFA
                                        Law Offices of Lawrence D. Rohlfing
                                        Attorney for Plaintiff

Dated: February 10, 2017        PHILLIP A. TALBERT
                                        United States Attorney
                                        DEBORAH LEE STACHEL
                                        Regional Chief Counsel, Region IX,
                                        Social Security Administration

                            By:    /s/ Jennifer A. Kenney
                                        JENNIFER A. KENNEY
                                        Special Assistant U.S. Attorney
                                        Attorneys for Defendant

## **ORDER**

Pursuant to the above stipulation, Defendant shall file her Opposition no later **than March 12, 2017.** Any Reply shall be filed within fifteen (15) days of the filing of the Opposition.

IT IS SO ORDERED.

   Dated:  **February 13, 2017**              **/s/ Gary S. Austin**
                                                        UNITED STATES MAGISTRATE JUDGE