PHILLIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
JENNIFER A. KENNEY
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8945
    Facsimile: (415) 744-0134
    E-Mail: Jennifer.A.Kenney@SSA.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

| | |
|---|---|
| KEVIN GUITH, | Case No.: 1:16-CV-00625-GSA |
| Plaintiff, | STIPULATION AND ORDER FOR A SECOND EXTENSION OF 1 DAY FOR DEFENDANT TO FILE HER OPPOSITION TO PLAINTIFF'S OPENING BRIEF |
| vs. | |
| NANCY A. BERRYHILL[1], Acting Commissioner of Social Security, | |
| Defendant. | |

      IT IS HEREBY STIPULATED, by the parties, through their respective counsel of record, that Defendant shall have a second extension of 1 day to file her Opposition to Plaintiff's Opening Brief.  Defendant's previous extension was for 30 days.  The additional time is requested due to unexpected technical issues that prevented Defendant's counsel from accessing the electronic files needed to complete her briefing.  The additional day will enable Defendant's

---

[1] Nancy A. Berryhill is now the Acting Commissioner of Social Security.  Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Nancy A. Berryhill should be substituted for Acting Commissioner Carolyn W. Colvin as the defendant in this suit.  No further action needs to be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

Stip. & Prop. Order to Extend 1:16-CV-00625-GSA      1

counsel to finalize the document and file her response to Plaintiff's Opening Brief.  The current due date is March 13, 2017.  The new due date will be March 14, 2017.

    The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

                               Respectfully submitted,

Dated: March 13, 2017           /s/ *Cyrus Safa
                                       (*as authorized by email on Mar. 13, 2017)
                                       CYRUS SAFA
                                       Law Offices of Lawrence D. Rohlfing
                                       Attorney for Plaintiff

Dated: March 13, 2017           PHILLIP A. TALBERT
                                       United States Attorney
                                       DEBORAH LEE STACHEL
                                       Regional Chief Counsel, Region IX,
                                       Social Security Administration

                        By:    /s/  Jennifer A. Kenney
                                       JENNIFER A. KENNEY
                                       Special Assistant U.S. Attorney
                                       Attorneys for Defendant

### **ORDER**

    Pursuant to the above stipulation (Doc. 21), Defendant's Opposition to Plaintiff's Opening Brief shall be filed no later than **March 14, 2017**. Any Reply shall be filed no later than fifteen (15) days after the filing of the Opposition.

IT IS SO ORDERED.

    Dated:  **March 14, 2017**           /s/ Gary S. Austin
                                             UNITED STATES MAGISTRATE JUDGE